# United States Court of Appeals

## For the First Circuit

No. 20-1239

IN RE:  EX PARTE APPLICATION OF PORSCHE AUTOMOBIL HOLDING SE FOR
AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN
DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

PORSCHE AUTOMOBIL HOLDING SE,
Petitioner, Appellee,

v.

JOHN HANCOCK LIFE INSURANCE COMPANY (USA); JOHN HANCOCK
ADVISERS, LLC; JOHN HANCOCK INVESTMENT MANAGEMENT SERVICES, LLC,
Respondents, Appellants,

FPCAP LLC; FINEPOINT CAPITAL LP; FINEPOINT PARTNERS LLC,
Respondents.

_____

No. 20-1241

IN RE:  EX PARTE APPLICATION OF PORSCHE AUTOMOBIL HOLDING SE FOR
AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN
DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

PORSCHE AUTOMOBIL HOLDING SE,
Petitioner, Appellee,

v.

FINEPOINT CAPITAL LP; FINEPOINT PARTNERS LLC; FPCAP LLC;
JOHN HANCOCK LIFE INSURANCE COMPANY (USA);
JOHN HANCOCK ADVISERS, LLC;
JOHN HANCOCK INVESTMENT MANAGEMENT SERVICES, LLC,
Respondents,

JOHN HANCOCK WORLDWIDE INVESTORS PLC; CRAIG BROMLEY, as Trustee
for John Hancock Variable Insurance Trust,
John Hancock Funds II, John Hancock Funds III, and
John Hancock Strategic Series for JHF Income Fund,

Interested Parties, Appellants.

**ERRATA SHEET**

The judgment of this Court issued on January 15, 2021, is amended as follows:

On page 11, line 4, insert the word "discovery" after "1782(a)."